# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JIMMIE L HOWARD,** | : |
| Plaintiff, | : |
| vs. | :    **CIVIL ACTION 06-0795-CG-C** |
| **BALDWIN COUNTY CORRECTIONS CENTER,** | : |
| | : |
| Defendant. | |

## JUDGMENT

It is **ORDERED, ADJUDGED, and DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 28th day of February, 2007.

                                          /s/ Callie V. S. Granade
                                          CHIEF UNITED STATES DISTRICT JUDGE